IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| BRIAN LAUDENBACK,<br><br>    Plaintiff,<br><br>  v.<br><br>BOARD OF PAROLE HEARINGS,<br><br>    Defendant.                              / | No. C 10-04857 CRB<br><br>**JUDGMENT** |

Having dismissed Petitioner's petition for writ of habeas corpus, the Court hereby enters judgment against Petitioner and for Respondent.

**IT IS SO ORDERED.**

Dated: August 4, 2011

CHARLES R. BREYER
UNITED STATES DISTRICT JUDGE

G:\CRBALL\2010\4857\judgment.wpd